Alan Steven Wolf - Bar No. 94665
Daniel K. Fujimoto - Bar No. 158575
Ryan M. Davies - Bar No. 192598
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0129

Attorneys for Creditor,
AURORA BANK FSB

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PAUL KENT MENDES and ANGELA ROSE MENDES<br><br>Debtor(s). | Case No.: 11-71312RLE<br><br>Chapter: 13<br><br>**REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID**<br><br>**(No Hearing Date Set)** |

TO THE HONORABLE ROGER L. EFREMSKY, BANKRUPTCY JUDGE; THE CLERK OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE CHAPTER 13 TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and other rules and provisions of Title 11 of the United States Code, THE WOLF FIRM, attorneys for Creditor AURORA BANK FSB, requests special notice of all matters which must be noticed to creditors, the Creditors' Committee or other parties in interest and further requests inclusion in the mailing grid.

1

| | |
|---|---|
| 1 | All copies should be sent to the following address: |
| 2 | THE WOLF FIRM, A Law Corporation |
| 3 | 2955 Main Street, Second Floor |
| 4 | Irvine, CA  92614 |
| 5 | Date:  January 19, 2012                              Respectfully submitted, |
| 6 | |
| 7 | THE WOLF FIRM,<br>A Professional Law Corporation |
| 8 | |
| 9 | By:  /s/ Ryan M. Davies<br>Ryan M. Davies |
| 10 | Attorney for Creditor<br>AURORA BANK FSB |
| 11–28 | |

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | |

RE: MENDES
CASE NO.: 11-71312RLE

I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, California 92614. On <u>January 19, 2012</u>, I served a **REQUEST FOR SPECIAL NOTICE AND FOR INCLSION IN MAILING GRID** on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

SEE ATTACHED LIST MARKED AS

<u>EXHIBIT "1"</u> AND INCORPORATED

HEREIN BY REFERENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on <u>January 19, 2012</u>, at Irvine, California.

/S/ Carina L. Ruvalcaba
Carina L. Ruvalcaba

EXHIBIT "1"

RE: MENDES
CASE NO.: 11-71312RLE

**Debtor**:
Paul Kent Mendes
3918 Warbler Drive
Antioch, CA 94509-6448

**Debtor**:
Angela Rose Mendes
3918 Warbler Drive
Antioch, CA 94509-6448

**Debtor's Counsel**:
Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**Chapter 13 Trustee**:
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

**U.S. Trustee**:
Office of the U.S. Trustee - Oakland
1301 Clay Street, Suite 690N
Oakland, CA 94612