John M. Sorich – Bar #125223
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400/ Fax No. (714) 327-4499
199-53706-2

Attorneys for JPMORGAN CHASE BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PAUL KENT MENDES AND ANGELA ROSE MENDES,<br><br>Debtors. | Case No. 11-71312<br><br>(Chapter 13)<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>Date:<br>Time: (No hearing required)<br>Place: |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Request is hereby made by **JPMORGAN CHASE BANK, N.A.**, that its attorney, John M. Sorich of ALVARADO & ASSOCIATES, LLP located at 1 Mac Arthur Place, Suite 210, Santa Ana CA 92707, receive notice of all pleadings, papers, notices, applications, amendments, orders and all other matters in the above-referenced proceedings.

Dated: February 14, 2012

       ALVARADO & ASSOCIATES, LLP


      By /s/ John M. Sorich
       John M. Sorich
       Attorney for JPMORGAN CHASE BANK, N.A.