```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed June 6, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-71312 RLE |
| **PAUL KENT MENDES and ANGELA ROSE MENDES,** | Chapter 13 |
| Debtors. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtors having served an Amended Motion to Modify Chapter 13 Plan on May 12, 2014, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Debtors shall surrender the real property located at 162 Sardis Road, Morrisville, NC 28117 to Nationstar Mortgage, LLC.

Upon the entry of the Order modifying plan, the automatic stay pursuant to 11 U.S.C. section 362 shall be terminated as to Nationstar Mortgage, LLC.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

'No physical service required'